# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

JOHNNY L. CAMERON, #154328,    :

    Plaintiff,    :

vs.    :    CIVIL ACTION 16-00230-WS-B

KIM THOMAS, *et al.*,    :

    Defendants.    :

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that the Amended Complaint (Doc. 42) be and is hereby **DENIED**.

**DONE** this 15th day of June, 2017.

                                          s/WILLIAM H. STEELE
                                        **UNITED STATES DISTRICT JUDGE**