IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JOHNNY L. CAMERON, | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | CIVIL ACTION 16-0230-WS-B |
| | : | |
| KIM THOMAS, *et al.*, | : | |
| Defendants. | : | |
| | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Defendants', Corizon, Inc. and Kim Thomas, Motion for Summary Judgment is **GRANTED** and the claims presented by the Plaintiff Johnny L. Cameron, are **DISMISSED** with prejudice.

**DONE** this 20th day of July, 2018.

s/**WILLIAM H. STEELE**
**UNITED STATES DISTRICT JUDGE**