IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

JOHNNY L. CAMERON,          :
          Plaintiff,          :
                              :
vs.                           :          CIVIL ACTION 16-0230-WS-B
                              :
KIM THOMAS, *et al.*,         :
          Defendants.         :
                              :

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff Johnny L. Cameron,

recover nothing and the claims made against Defendants Corizon, Inc. and Kim Thomas

are hereby **DISMISSED** with prejudice.

**DONE** this 20th day of July, 2018.


                              s/WILLIAM H. STEELE
                              **UNITED STATES DISTRICT JUDGE**